■ In the Matter of ANNABELLA B.C., a Child Alleged to be Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SANDRA L.C., Appellant. (Appeal No. 2.) [9 NYS3d 909]—Appeal from an order of the Family Court, Erie County (Lisa Bloch Rodwin, J.), entered September 24, 2014 in a proceeding pursuant to Family Court Act article 10. The order settled the record on appeal.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Annabella B.C.* ([appeal No. 1] 129 AD3d 1550 [2015]). Present—Scudder, P.J., Smith, Sconiers, Valentino and DeJoseph, JJ.

■ In the Matter of SHANTELLE SMITH, Appellant, v ANDRE R. CASHAW, Respondent. (Appeal No. 1.) [9 NYS3d 899]—Appeal from an order of the Family Court, Erie County (Paul G. Buchanan, J.), entered June 25, 2013 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: These consolidated appeals arise from a series of proceedings pursuant to Family Court Act article 6, in which the parties sought, inter alia, an order resolving custody and visitation issues with respect to their daughter. We take judicial notice of the fact that, while these appeals were pending, the parties filed further petitions seeking modification of the two orders on appeal. An order resolving, among other things, custody and visitation issues with respect to the subject child, was thereafter entered upon consent of the parties, thereby rendering these appeals moot (*see Matter of Salo v Salo,* 115 AD3d 1368, 1368 [2014]; *Matter of Justeen T.,* 17 AD3d 1148, 1148 [2005]). We conclude that the exception to the mootness doctrine does not apply (*see generally Matter of Hearst Corp. v Clyne,* 50 NY2d 707, 714-715 [1980]). Present—Scudder, P.J., Smith, Sconiers, Valentino and DeJoseph, JJ.